**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 02-10497
Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CARLOS RAMIREZ-HERNANDEZ,**

**Defendant-Appellant.**

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:01-CR-72-1
- - - - - - - - - - -
October 9, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender representing Carlos Ramirez-Hernandez has requested leave to withdraw as counsel and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Ramirez has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities, and the appeal is **DISMISSED**.

See 5TH CIR. R. 42.2.